No. 2330. STATE *v.* CADDON. November Term, 1888. This was an appeal from a judgment of the Circuit Court (Pressley, J.) sentencing defendant to the penitentiary on a conviction for hog-stealing. The exceptions alleged error to the Circuit Judge in charging on the facts in violation of the constitution of this State. *Held,* that the judgment below must be reversed, as the charge of the judge was calculated to lead the jury to the conclusion that the judge had no confidence in the testimony of defendant; that defendant was guilty of the offence charged, and should be convicted. OPINION by MR. CHIEF JUSTICE SIMPSON, January 9, 1889. *Howell & Farrow,* for appellant. *Murphy,* solicitor, contra.

No. 2337. BENJAMIN *v.* DRAFTS. November Term, 1888. This was a consent order by this court which disposed of the appeal. Filed January 4, 1889.

No. 2338. SWYGERT *v.* SWYGERT. November Term, 1888. This was a motion by the plaintiffs, appellants, to restore to the docket the appeal in this case dismissed by the clerk under rule 1, on the grounds of surprise, mistake, inadvertence, and excusable neglect. *Held,* that rule 2 prescribes what shall constitute the return, and rule 1 requires that the same shall be filed in forty days after the completion of the record constituting the same. The parties may waive these rules and agree on a case. Such was done in this case, with an agreement that this case should be filed in the office of the clerk of the Supreme Court by the 15th November. The appellants, finding that they could not do this, asked for further time, which, however, the respondents refused to grant. The appellants should have then filed the return, as required by rule 1, which they could have done. This they failed to do. The agreement was no longer binding, and the respondents were entitled to have the appeal dismissed under rule 1. The clerk was not in error in dismissing the appeal. Motion refused, PER CURIAM, January 4, 1889. *W. S. Monteith,* for motion. *A. S. Douglass,* contra.